BRADLEY D. ROSS (BAR NO. 101293)
bdr@ffslaw.com
ARMEN G. MITILIAN (BAR NO. 203191)
agm@ffslaw.com
FREEMAN, FREEMAN & SMILEY, LLP
Penthouse Suite
3415 Sepulveda Boulevard
Los Angeles, California  90034
Telephone:  (310) 255-6100
Facsimile:  (310) 391-4042

Attorneys for Plaintiff
FEDERAL DEPOSIT INSURANCE
CORPORATION as Receiver for AMTRUST
BANK

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMTRUST BANK,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JAMES H. DIDION, an individual, SYLVIA DIDION, an individual, PARK WEST 119 LLC, a Delaware limited liability company dba HRD PARK WEST 119 LLC; and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | Case No. EDCV 09-2307 JVS (DTBx)<br><br>**JUDGMENT AGAINST JAMES H. DIDION AND SYLVIA DIDION AND IN FAVOR OF PLAINTIFF** |

The Motion for Summary Judgment of Plaintiff Federal Deposit Insurance Corporation as Receiver for Amtrust Bank ("Plaintiff") and the Motion for Summary Judgment, or Partial Summary Judgment of Defendants James H. Didion and Sylvia Didion (collectively "Defendants") came on regularly for hearing on January 24, 2011, at 1:30 p.m. in Courtroom 10C of the above entitled court, the Honorable. James V. Selna, presiding. Bradley D. Ross appeared on behalf of Plaintiff, and Gregory W. Brittain appeared on behalf of Defendants.

As set forth in the Court's Civil Minute Order dated February 15, 2011, granting Plaintiff's Motion for Summary Judgment and denying Defendants' Motion for Summary Judgment, or Partial Summary Judgment, and based on the reasons set

1275740.1/17810-805

1  forth therein having fully considered the evidence presented,

2  **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Judgment
3  is hereby entered in favor of Plaintiff Federal Deposit Insurance Corporation as
4  Receiver for Amtrust Bank and against Defendant James H. Didion and Defendant
5  Sylvia Didion, jointly and severally, in the amount of $10,369,023.53
6  [$10,309,128.53 due as of January 24, 2011, plus $59,895 (per diem interest of
7  $2,395.80 from January 25, 2011, through February 18, 2011)] through February 18,
8  2011.

9  **IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED**
10 that Plaintiff Federal Deposit Insurance Corporation as Receiver for Amtrust Bank,
11 as the prevailing party, is entitled to recover from Defendant James H. Didion and
12 Defendant Sylvia Didion costs pursuant a bill of costs to be filed with the Court.
13 Plaintiff Federal Deposit Insurance Corporation as Receiver for Amtrust Bank may
14 also move the Court for an award of attorney's fees, upon which motion the Court
15 will determine entitlement to attorney's fee and the amount of any such award.

17 Dated: February 23, 2011

_____
UNITED STATES DISTRICT JUDGE

1275740.1/17810-805

# **CERTIFICATE OF SERVICE**

I, MARIA VILLAGRAN, hereby certify that:

I am over the age of 18 years and not a party to this action. My business address is 3415 South Sepulveda Boulevard, Suite 1200, Los Angeles, California 90034, which is located in the city, county and state where the mailing described below took place.

On February 17, 2011, the **[PROPOSED] JUDGMENT AGAINST JAMES H. DIDION AND SYLVIA DIDION AND IN FAVOR OF PLAINTIFF** was filed electronically. Notice of this filing was sent to the interested parties below and to all registered parties in the action by operation of the Court's electronic filing system. Parties can access this filing through the Court's system.

Gregory W. Brittain, Esq.
707 Brookside Avenue
Redlands, CA 92373
Email: gwbrittain@verizon.net

I certify that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 17, 2011, at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

MARIA VILLAGRAN

1275740.1
17810-805